"Exhibit A"

WELCOME TO OUR GALLERY →

    

# JAMIE NELSON FINE ART PHOTOGRAPHER

USD $ | United States



# Search results

**Search**
amy taylor

Filter and sort  Filter

Sort by:  Relevance

30 results


Sale


Sale


Sale


Sale

**Zine #17: Champagne Problems**
~~$75.00 USD~~
$69.00 USD

**Vogue Punk**
~~$4,000.00 USD~~
From $3,600.00 USD

**Pick Up Line**
~~$4,000.00 USD~~
From $3,600.00 USD

**Serving Cunt**
~~$4,000.00 USD~~
From $3,600.00 USD






Ice Cream Punk
~~$4,000.00 USD~~
From $3,600.00 USD

Smokin' Haute
~~$4,000.00 USD~~
From $3,600.00 USD

Moonshine
~~$4,000.00 USD~~
From $3,600.00 USD

Pink Lipsdick
~~$4,000.00 USD~~
From $3,600.00 USD






Flip the Bird
~~$4,000.00 USD~~
From $3,600.00 USD

Cunty Smile
~~$4,000.00 USD~~
From $3,600.00 USD

Cunt Grillz
~~$4,000.00 USD~~
From $3,600.00 USD

F**k Fashion
~~$4,000.00 USD~~
From $3,600.00 USD







Sale

Sale

Sale

Sale

### Golden Shower

~~$4,000.00 USD~~
From $3,600.00 USD

### Puking Glitter

~~$4,000.00 USD~~
From $3,600.00 USD

### Bark at the Moon

~~$4,000.00 USD~~
From $3,600.00 USD

### Tinder Date

~~$4,000.00 USD~~
From $3,600.00 USD









Sale

Sale

Sale

Sale

### Sunglasses at Night

~~$4,000.00 USD~~
From $3,600.00 USD

### Rebel Yell

~~$4,000.00 USD~~
From $3,600.00 USD

### She's Got Legs

~~$4,000.00 USD~~
From $3,600.00 USD

### Up in Arms

~~$4,000.00 USD~~
From $3,600.00 USD

   

Sale   Sale   Sale   Sale

Leather & Feathers

~~$4,000.00 USD~~
From $3,600.00 USD

Poolside Glamour

~~$4,000.00 USD~~
From $3,600.00 USD

Legs for Days

~~$4,000.00 USD~~
From $3,600.00 USD

LA Woman

~~$4,000.00 USD~~
From $3,600.00 USD

1   2

## SUBSCRIBE TO OUR EMAILS

Be the first to know about new collections and exclusive offers.

Email →

Terms of Service

Return Policy

Contact

Follow on

© 2025, JAMIE NELSON FINE ART PHOTOGRAPHER   ·   Refund policy   ·   Contact information   ·   Terms of service   ·   Privacy policy