UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMY LOUISE TAYLOR,**
Plaintiff,

v.                                    Case No. 2:25-cv-12069-GW-Ex

**JAMIE NELSON STUDIOS LLC;**
**JAMIE NELSON; and DOES 1–10,**
Defendants.


# [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE

The Court, having considered Defendant Jamie Nelson's Notice Regarding Lack of Service and Request to Continue Scheduling Conference, and for good cause shown, orders as follows:

1. The Scheduling Conference currently set for **March 5, 2026** is continued for approximately **forty-five (45) days**, or to a date convenient to the Court following proper service of process.
2. The deadlines relating to the Rule 26(f) conference and Joint Rule 26(f) Report are vacated and shall be reset to run from the date of proper service, or as otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: _____, 2026


HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE