UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-12069-GW-Ex | Date | March 19, 2026 |
|---|---|---|---|
| Title | *Amy Louise Taylor v. Jamie Nelson Studios LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan S. Pink | None Present |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO STRIKE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16 (ANTI-SLAPP MOTION) [21]; and PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS (FRCP 12(c)) [23]**

*Pro se* Defendant Jamie Nelson is also present.

The Court's Tentative Ruling on Plaintiff's Motions [21, 23], was issued on March 18, 2026. Oral argument is held. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION.

The Court sets a status conference re early mediation for March 30, 2026 at 8:30 a.m. The parties are to file a joint one-page report by noon on March 27, 2026.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | JG | |