Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY TAYLOR, an individual, | Case No. 2:25-cv-12069-GW-Ex |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| JAMIE NELSON, an individual, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Defendants and Counterclaim-Plaintiffs Jamie Nelson and Jamie Nelson Studios LLC (collectively, "Nelson"), and Plaintiff and Counterclaim-Defendant Amy Taylor, hereby submit this joint status report pursuant to this Court's Post-Mediation Status Conference Order (Dkt. 91).

On June 10, 2026 the parties held a meet and confer over Nelson's contemplated motion to dismiss the First Amended Complaint and were unable to reach an agreement to obviate that motion. Nelson plans to file that motion on June 18, 2026 and set it for hearing on July 16, 2026, with opposition and reply filed pursuant to L.R. 7-9 and 7-10. Relatedly, the parties disagree on whether the discovery stay should remain in effect through this Court's disposition of Nelson's forthcoming motion to dismiss.

Nelson also intends to assert a Second Amended Counterclaim. After meeting and conferring on June 10, 2026, the parties stipulate to its filing and will file a forthcoming stipulation and proposed order for this Court's approval.

Finally, Taylor previously filed a motion for recovery of fees and costs incurred for service efforts. Dkt. 47. Taylor's motion, set forth April 30, 2026, was taken off-calendar to be reset if necessary. Dkt. 61. On June 10, 2026, the parties met and conferred in an attempt to avoid the need for the motion to be reset but reached an impasse. The parties agree that the motion will be reset for July 16, 2026, with opposition and reply filed pursuant to L.R. 7-9 and 7-10.

The parties also agree that there is good cause for the regular discovery completion date to be extended to December 22, 2026, with no other modifications to the Scheduling Order (Dkt. 35).

Respectfully submitted,

Dated: June 12, 2026

DONIGER / BURROUGHS

By:    */s/ Stephen M. Doniger*
Stephen M. Doniger
Benjamin F. Tookey

2
JOINT STATUS REPORT

*Attorneys for Defendants and Counterclaim-Plaintiffs Jamie Nelson and Jamie Nelson Studio LLC*

Dated: June 12, 2026

LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ Jonathan S. Pink*
Jonathan S. Pink, SB# 179685
Jonathan.Pink@lewisbrisbois.com
Julio Cortes, SB# 340361
Julio.Cortes@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
*Attorneys for Plaintiffs and Counterclaim-Defendants Amy Taylor and Amyl and the Sniffers*

The filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3

JOINT STATUS REPORT