**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN S. PINK, SB# 179685
  E-Mail: Jonathan.Pink@lewisbrisbois.com
JULIO CORTES, SB# 340361
  E-Mail: Julio.Cortes@lewisbrisbois.com
ENRIQUE X. LOPEZ SALAZAR, SB# 360937
  E-Mail: Enrique.LopezSalazar@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff and Counterclaim
Defendant AMY LOUISE TAYLOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LOUISE TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE NELSON STUDIOS LLC, a California Limited Liability Company; and JAMIE NELSON, an Individual; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-cv-12069-GW-E<br><br>Judge: George H. Wu<br>Magistrate Judge: Charles F. Eick<br><br>**DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM [Fed. R. Civ. P. 12(b)(6)]** |

179923604.1

179337699.1

1

DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]

LEWIS
BRISB
OIS
BISGAARD

I, AMY LOUISE TAYLOR, am the Plaintiff and first-named Counterclaim Defendant in the above entitled action. I have personal knowledge of the facts set forth below, and if called as a witness and sworn, could and would competently testify thereto.

1.      I am native to and a citizen of Australia. At all times relevant to this lawsuit, I have been (and remain) a resident of Melbourne, Australia.

2.      I am the lead vocalist in the Australian rock and punk band, Amyl and the Sniffers. I was in and around Los Angeles in May 2025, where I participated in Jamie Nelson's photoshoot. I do not currently own or maintain a residence in Los Angeles, or anywhere in the United States, although my band and I sometimes travel through there while on tour. While we have not performed in California since October of 2025, we were last in and around Los Angeles in February 2026 to attend the annual Grammy Awards as nominees.

3.      Other than with respect to my involvement as a party to this lawsuit, I have no on-going contact with the United States. I have no U.S.-based telephone number, office, mailing address, or on-going business operations there. Nor is any company with which I have an ownership interest located or incorporated there. But for my Los Angeles-based attorney in this action, I likewise have no personal agent or other representative in the United States, nor do I have any substantial, continuous,

179923604.1

179337699.1                                          2

DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]

or systematic contact with the state of California. Indeed, even with the existence of this legal action, I have rarely had a physical presence there.

4. I am an officer in the Australian business entity, Amyl and the Sniffers, Pty, LTD ("AATSPL"). AATSPL is based in Melbourne, Australia, has no U.S.-based telephone number, office, mailing address, local agent or on-going business operations there. Nor is it incorporated there, or have any substantial, continuous, or systematic contact with the United States as a whole or the state of California in particular. Indeed, outside the band's occasional touring and performing within the United States (which usually corresponds with our release of a new album), AATSPL has little if any direct connection with the United States or any part of it.

5. But for the photoshoot, all of the facts set forth in Jamie Nelson and Jamie Nelson Studios, LLC's second amended counterclaim arise out of conduct which occurred entirely outside the United States. In March 2025, Jamie Nelson invited me to participate in a photoshoot for purposes of illustrating a *Vogue Portugal* cover story about me and my work. After the shoot, in July 2025, when I was on tour in Portugal, Ms. Nelson's agent emailed me copies of the photographs Ms. Nelson had taken. Based on my discussions and interactions with Ms. Nelson at that time, it was my understanding that she had sent me those images so that I would post them onto my social media accounts. Given that I have a large number of social media followers, I understood Ms. Nelson's desire in this regard as a way to bring awareness

179923604.1

179337699.1

3

DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]

LEWIS
BRISB
OIS
BISGAARD

both to the *Vogue Portugal* story and to Ms. Nelson's accompanying photography.

6.     I posted those images to my social media accounts while I was on tour in Portugal. Given the regional nature of the publication, it was my expectation that most of those who might have purchased a copy of the July 2025 *Vogue Portugal* would likewise have been located in the country. The majority of those who follow my social media accounts, however, are located in Australia. While the images I posted could be seen in any country that allows access to Facebook or Instagram, my posting was not targeted towards the United States or to any one region on the globe in particular.

7.     Nor was my posting made as part of any business venture, band participation, or for any commercial exploitation or gain. It was simply to report to fans of Amyl and the Sniffers about my presence in the magazine. I thought it was a pretty fun fact. I also thought that my posting might help Ms. Nelson because, so far as I understood it, the only place one could see her images of me was in *Vogue Portugal*. Indeed, I only agreed to participate in Ms. Nelson's photoshoot based on the understanding that the resulting photographs would be published exclusively in *Vogue Portugal* – a fact that I believe Ms. Nelson knew and understood at the time the photoshoot took place.

8.     It was only after a dispute arose between Ms. Nelson and myself as set forth in the underlying action that, in November 2025, Ms. Nelson emailed a cease

179923604.1

179337699.1

4

DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]

LEWIS
BRISB
OIS
BISGAARD

and desist letter to me and my manager, also located in Australia, revoking the license she had previously provided for the posting of the images to my social media accounts. I received and read that notice at my home in Australia.

9.      Shortly thereafter, working from Australia, I and/or those working on my behalf removed the subject images from my social media accounts.

10.     While I tour globally with my band, when I am not traveling for business or pleasure, I am generally in Australia. That is my base, it is where I live and work, and it is where I can most often be found.

11.     As noted above, when Ms. Nelson asked me to pose for the July 2025 issue of *Vogue Portugal* – and when I accepted that invitation – it was my understanding that the resulting images were to be published *exclusively* in connection with that magazine article. If I had understood prior to – or even during – that shoot that Ms. Nelson had a different understanding or expectation, I would not have participated in that shoot.

I swear upon penalty of perjury pursuant to the laws of the United States of America that foregoing statements are true and correct.

Executed this 13th day of July, in Melbourne, Australia.

By: _____
AMY LOUISE TAYLOR

179923604.1

179337699.1                                          5

DECLARATION OF AMY LOUISE TAYLOR IN SUPPORT OF MOTION TO DISMISS [Fed. R. Civ. P. 12(b)(6)]

LEWIS
BRISB
OIS
BISGAARD