**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY LOUISE TAYLOR, | Case No. 2:25-cv-12069-GW-E |
| Plaintiff, | Judge: George H. Wu |
| | Magistrate Judge: Charles F. Eick |
| vs. | |
| JAMIE NELSON STUDIOS LLC, a California Limited Liability Company; and JAMIE NELSON, an Individual; and DOES 1-10, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM [Fed. R. Civ. P. 12(b)(6)]** |
| Defendants. | |
| JAMIE NELSON and JAMIE NELSON STUDIOS LLC, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| AMY TAYLOR and AMYL AND THE SNIFFERS PTY LTD, | |
| Counterclaim-Defendants. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

Having read and considered Plaintiff Amy Louise Taylor's Motion to Dismiss the Second Amended Counterclaim, and for good cause shown, the Court hereby dismisses with prejudice the Second Amended Counterclaim in its entirety against all Counterclaim Defendants. IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED.

Dated:                    _____

                                  HON. GEORGE H. WU,
                                  United States District Judge



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM [Fed. R. Civ. P. 12(b)(2)]