UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-12069-GW-Ex | Date | September 14, 2026 |
| Title | *Amy Louise Taylor v. Jamie Nelson Studios LLC, et al*. | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Araceli Prado | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jonathan S. Pink | Stephen M. Doniger |

**PROCEEDINGS: MOTION OF COUNTERCLAIM-DEFENDANT AMYL AND THE SNIFFERS PTY LTD TO DISMISS THE SECOND AMENDED COUNTERCLAIM FOR LACK OF PERSONAL JURISDICTION (FED. R. CIV. P. 12(b)(2)) [108]**

The Court issued its Tentative Ruling on Counterclaim-Defendant's Motion [108] on September 9, 2026 [128]. Oral argument was held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

: 06

Initials of Preparer JG