**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JONATHAN S. PINK, SB# 179685
E-Mail: Jonathan.Pink@lewisbrisbois.com
JULIO CORTES, SB# 340361
E-Mail: Julio.Cortes@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Plaintiff and Counterclaim-Defendants*

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Defendants and Counterclaim-Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY LOUISE TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE NELSON STUDIOS LLC, a California Limited Liability Company; and JAMIE NELSON, an Individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-12069-GW-E<br><br>Judge: George H. Wu<br>Magistrate Judge: Charles F. Eick<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. George H. Wu, Presiding Judge |

186283286.1

JAMIE NELSON and JAMIE NELSON STUDIOS LLC,

Counterclaim-Plaintiffs,

v.

AMY TAYLOR and AMYL AND THE SNIFFERS PTY LTD,

Counterclaim-Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Amy Louise Taylor, Amyl and the Sniffers Pty Ltd, Jamie Nelson and Jamie Nelson Studios LLC (the "Parties"), by and through their undersigned counsel, hereby jointly notify the Court that the above-captioned action has been resolved by agreement of the parties.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties jointly stipulate and notify the Court that all claims between them in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

Dated: October 29, 2026 By: *_/s/ Stephen M. Doniger_*

Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Defendants / Counterclaim Plaintiffs*

Dated: October 29, 2026 By: */s/ Jonathan S. Pink*

Jonathan S. Pink, Esq.
LEWIS BRISBOIS BISGAARD & SMITH
*Attorneys for Plaintiff / Counterclaim Defendant*